**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-10493 GAO**

MANUEL ROSA
    Plaintiff,

v.

CITY OF BOSTON,
    Defendant.

**VOLUNTARY STIPULATION OF DISMISSAL**
**OF THE CITY OF BOSTON AS TO COUNTS II, III AND V OF THE**
**PLAINTIFF'S COMPLAINT**

The Plaintiff in the captioned case stipulates, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to dismiss, with prejudice and without costs, Count II (Massachusetts Civil Rights Act), Count III (Unjust Imprisonment) and Count V (Unjust Arrest) against Defendant, City of Boston.

Respectfully Submitted,

| | |
|---|---|
| PLAINTIFF, Manuel Rosa, | DEFENDANT, City of Boston, |
| By his Attorney, | By its attorney, |
| | |
| /s/ Arthur L. Kelly / aea | /s/ Amy E. Ambarik |
| Arthur L. Kelly, Esq. | Amy E. Ambarik, Esq. |
| 580 Washington Street, Suite 2B | Assistant Corporation Counsel |
| Newton, MA  02458 | City of Boston Law Department |
| (617) 969-6724 | Boston City Hall, Rm. 615 |
| BBO # 545186 | Boston, MA  02201 |
| | (617) 635-4099 |
| | BBO# 634348 |
| | |
| DATED: 3/18/04 | DATED: 3/18/04 |