# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04-10493 GAO

MANUEL ROSA
      <u>Plaintiff</u>,

v.

CITY OF BOSTON,
      <u>Defendant</u>.

<u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

      Please enter my appearance as attorney of record for the defendant, City of Boston, in the above-captioned case.

                      Respectfully submitted,

                      DEFENDANT, CITY OF BOSTON
                      Merita Hopkins
                      Corporation Counsel
                      By its attorney,

                      <u>/s/ Kenneth J. Forton</u>
                      Kenneth J. Forton, BBO # 651562
                      Assistant Corporation Counsel
                      City of Boston Law Department
                      Room 615, City Hall
                      Boston, MA 02201
                      (617) 635-4037