UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10493GAO

MANUEL ROSA
    Plaintiff,

v.

CITY OF BOSTON,
    Defendant.

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston, in the above-captioned matter.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
By its attorney:

Merita A. Hopkins
Corporation Counsel

By:    /s/ Amy E. Ambarik
    Amy E. Ambarik, BBO# 637348
    Legal Advisor
    Boston Police Department
    One Schroeder Plaza
    Boston, MA  02120
    (617) 343-4550