

# Boston Police Department
# Arrest Booking Form

**Report Date:** 03/01/2001 12:37
**Booking Status:** Verified
**Printed By:** Keefe, Rachel L

**District:** 11    **UCR Code:**
**Court of Appearance:** Suffolk Superior
**Master Name:** ROSA, Manuel
**Age:** 40
**Location of Arrest:** 523 Geneva Ave

**Booking Name:** ROSA, Manuel
**Alias:**
**Address:** 523 Geneva Ave AV #3, Dorchester MA

 

**Charges:**
Warrants, Dist. Cl. A , Cl. B, Conspiracy.



**Booking #:** 97-00803-11    **Incident #:** 31147212    **CR Number:** 001931-97
**Booking Date:** 03/10/1997 14:46    **Arrest Date:** 03/10/1997 14:30    **RA Number:**

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'06 | **Occupation:** Dish Washer |
| **Race:** Black Hispanic | **Weight:** 172 lbs | **Employer/School:** |
| **Date of Birth:** 02/11/1961 | **Build:** Medium | **Emp/School Addr:** |
| **Place of Birth:** DOM | **Eyes Color:** Brown    Blue | **Social Sec. Number:** 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 |
| **Marital Status:** Single | **Hair Color:** Black | **Operators License:** 011561168 |
| **Mother's Name:** Rodriguez, Juana | **Complexion:** Light Brown | **State:** |
| **Father's Name:** Rosa, Jose | | |

**Phone Used:** No    **Scars/Marks/Tattoos:**
**Examined at Hospital:** No    **Clothing Desc:** Unknown
**Breathalyzer Used:** No
**Examined by EMS:** No

| | | | | |
|---|---|---|---|---|
| **Arresting Officer:** BPD | 11690 | Goff, Jesse E | | **Cell Number:** 1 |
| **Booking Officer:** BPD | 10171 | Carnes, Gail | | **Partner's #:** 09704 |
| **Informed of Rights:** BPD | 11186 | Toomer, Darnell | | **Unit #:** H103D |
| **Placed in Cell By:** BPD | 11690 | Goff, Jesse E | | **Trans Unit #:** H103D |
| **Searched By:** BPD | 11690 | Goff, Jesse E | | |

**Cautions:**    **Booking Comments:**    **Visible Injuries:**
$28.00 dollars cash returned to prisoner.    no visible injuries

**Person Notified:**    **JUVENILE INFORMATION**    **Phone:**
**Address:**    **Relationship:**
**Notified By:** BPD    **Juv. Prob. Officer:**
    **Notified Date/Time:**

**Bail Set By:**    I Selected the Bail Comm.
**Bailed By:**
**Amount:**
    _Signature of Prisoner_

**BOP Check:**
**Suicide Check:**
**BOP Warrant:**
**BOP Court:**    _Signature of Duty Supervisor_




Boston Police Department
Fingerprint Scratch Pad
Report Date: 03/01/2001 12:41
Printed By: Keefe, Rachel L
Name: ROSA, Manuel
Booking #: 97-00803-11