

**DEPOSITION EXHIBIT** 1 - Rosa 9/23/05 KP

# THE COMMONWEALTH OF MASSACHUSETTS
### SUPERIOR COURT OF SUFFOLK COUNTY
### PROBATION OFFICE
### COURTHOUSE, BOSTON 02108

JOHN F. CREMENS, JR.
Chief Probation Officer

Telephone

March 19, 1997

To Whom It May Concern:

RE: Manuel Antonio Rosa Rodriguez
DOB: 04/13/03
SS#: 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

To Whom It May Concern:

Manuel Antonio Rosa-Rodriguez appeared in Suffolk Superior Court on this date and it has been determined that this man is not the defendant on docket #'s 94-469.01-002-003.

Attached find photographs of Mr. Rodriguez.

Very truly yours,

John F. Cremens, Jr.
Chief Probation Officer
Suffolk Superior Court

JFC/lm

RESIDENT ALIEN
ROSA-RODRIGUEZ, MANUEL ANTONIO
11 02 61
04-13-85

Commonwealth of Massachusetts
DRIVER'S LICENSE
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    11-02-96
11-02-61  M
D              5-96
ROSA
MANUEL AR
583 GENEVA AV
DORCHESTER MA
02121-1341