# Boston Police Department
## Arrest Booking Form

**Report Date:** 03/01/2001 12:40
**Booking Status:** Verified
**Printed By:** Keefe, Rachel L

**District:** 11   **UCR Code:** 1848
**Court of Appearance:** DORCHESTER
**Master Name:** ROSA, Manuel   **Age:** 40
**Location of Arrest:** BOWDOIN ST GENEVA AVE, Dorchester

**Booking Name:** ROSA, Manuel
**Alias:**
**Address:** 523 Geneva AV #3, Dorchester MA



**Charges:**
Distribution of Class B (94C-32A)
Distribution of Class A (94C-32)

**Booking #:** 98-00786-11   **Incident #:** 931147212   **CR Number:** 001931-97
**Booking Date:** 03/11/1998 22:58   **Arrest Date:** 03/11/1998 22:30   **RA Number:**

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'06 | **Occupation:** Dish Washer |
| **Race:** Black Hispanic | **Weight:** 172 lbs | **Employer/School:** |
| **Date of Birth:** 02/11/1961 | **Build:** Medium | **Emp/School Addr:** |
| **Place of Birth:** DOM | **Eyes Color:** Brown   Blue | **Social Sec. Number:** 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 |
| **Marital Status:** Single | **Hair Color:** Black | **Operators License:** 011561168 |
| **Mother's Name:** Rodriguez, Juana | **Complexion:** Light Brown | **State:** |
| **Father's Name:** Rosa, Jose | | |

**Phone Used:** Yes   **Scars/Marks/Tattoos:**
**Examined at Hospital:** No   **Clothing Desc:** BROWN SHIRT, BLUE JEANS
**Breathalyzer Used:** No
**Examined by EMS:** No

| | | | | |
|---|---|---|---|---|
| **Arresting Officer:** | BPD | 10967 | Riely, Jerry | **Cell Number:** 4 |
| **Booking Officer:** | BPD | 08969 | Mcgowen, Jacquline | **Partner's #:** |
| **Informed of Rights:** | BPD | 10967 | Riely, Jerry | **Unit #:** H431F |
| **Placed in Cell By:** | BPD | 10967 | Riely, Jerry | **Trans Unit #:** H102F |
| **Searched By:** | BPD | 10967 | Riely, Jerry | |

**Cautions:**   **Booking Comments:** NONE   **Visible Injuries:** NONE

### JUVENILE INFORMATION
**Person Notified:**   **Relationship:**   **Phone:**
**Address:**   **Juv. Prob. Officer:**
**Notified By:** BPD   **Notified Date/Time:**

**Bail Set By:**   I Selected the Bail Comm.
**Bailed By:**
**Amount:**

_Signature of Prisoner_

**BOP Check:**
**Suicide Check:**
**BOP Warrant:**
**BOP Court:**

_Signature of Duty Supervisor_

Boston Police Department
Fingerprint Scratch Pad

Report Date: 03/01/2001 12:40
Printed By: Keefe, Rachel L

Name: ROSA, Manuel
Booking #: 98-00786-11


