THE COMMONW[EALTH]
SUPERIOR [COURT FOR SUFFOLK COUNTY]
PR[OBATION] OFFICE
ROOM 7[..]
[COURT] HOUSE, BOSTON 02108

JOHN F. CREMENS, Jr.
PROBATION OFFICER

Telephone

**DEPOSITION EXHIBIT**
2 - Rosa
9/23/05  KP

TO WHOM IT MAY CONCERN:

Dear Sir/Madam:

RE: Manuel Antonio Rosa-Rodriquez
DOB: 11-02-61
SS#: 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

This letter will up[date ...]
individual by our office [...]
named subject was deter[mined ...]
of Suffolk Superior [Court ...]

[...] previously issued the above named
[Mar]ch 19, 1997.  As you can see the above
[...] to be the person that is the subject
[of war]rant #93-10469-001, 002 & 003.

[... Rodriguez ...]
instructed him [...]

[...gree]n card #4030850172
[...] on his person at all times.

Yours truly,

*Sandy J. Stillwell*
Sandy J. Stillwell, 1st ACPO
Probation Department
Suffolk Superior Court

DEPOSITION EXHIBIT
3-Rosa
9/23/05

**THE COMMONWEALTH OF MASSACHUSETTS**
SUPERIOR COURT FOR SUFFOLK COUNTY
**PROBATION OFFICE**
ROOM 707, COURT HOUSE, BOSTON 02108

JOHN F. CREMENS, Jr.
CHIEF PROBATION OFFICER

Telephone 725-8251

12 March 1998

TO WHOM IT MAY CONCERN:

RE: Manuel Antonio Rosa-Rodriguez
DOB: 11-02-61
SS#: 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

Dear Sir/Madam:

This letter will update one previously issued the above named individual by our office on March 19, 1997. As you can see the above named subject was determined not to be the person that is the subject of Suffolk Superior court indictment #93-10469-001, 002 & 003.

Mr. Rodriguez possesses a resident alien card #A030850172. I have instructed him to keep both documents on his person at all times.

Yours truly,

Sandy J. Stillwell
Sandy J. Stillwell, 1st ACPO
Probation Department
Suffolk Superior Court