# Boston Police Department
## Arrest Booking Form

Report Date: 03/01/2001 12:43
Booking Status: Verified
Printed By: Keefe, Rachel L

**District:** 03   **UCR Code:** 1841
**Court of Appearance:** Suffolk Superior Court
**Master Name:** ROSA, Manuel   **Age:** 40
**Location of Arrest:** Harvard St. And Bernard St., Dorchester

**Booking Name:** ROSA, Manuel
**Alias:**
**Address:** 523 Geneva AV #3, Dorchester MA



**Charges:**
Distribution of Class A (94C-32) (Docket #:SUCR9310469);Suffolk Superior
Distribution of Class B (94C-32A) (Docket #:SUCR9310469);Suffolk superior
Conspiracy to Violate Drug Laws (94C) (Docket #:SUCR9310469);Suffolk superior

**Booking #:** 01-00140-03   **Incident #:** 31147212   **CR Number:** 001931-97
**Booking Date:** 01/17/2001 15:17   **Arrest Date:** 01/17/2001 15:10   **RA Number:**

| | | |
|---|---|---|
| Sex: Male | Height: 5'06 | Occupation: Food Delivery |
| Race: Black Hispanic | Weight: 172 lbs | Employer/School: East Coast Rest. |
| Date of Birth: 02/11/1961 | Build: Medium | Emp/School Addr: |
| Place of Birth: SANTIAGO CQ | Eyes Color: Brown   Blue | Social Sec. Number: 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 |
| Marital Status: Single | Hair Color: Black | Operators License: 011561168 |
| Mother's Name: Rodrigez, Juana | Complexion: Light Brown | State: |
| Father's Name: Rosa, Jose | | |

**Phone Used:** Yes
**Examined at Hospital:** No
**Breathalyzer Used:** No
**Examined by EMS:** No

**Scars/Marks/Tattoos:**
**Clothing Desc:** black jacket, yellow jacket, purple shirt, red pants, white sneakers

| | | | | |
|---|---|---|---|---|
| Arresting Officer: | BPD | 12283 | TARANTINO, James R | Cell Number: 5 |
| Booking Officer: | BPD | 11701 | Jordan, Richard | Partner's #: 12284 |
| Informed of Rights: | BPD | 11701 | Jordan, Richard | Unit #: C111D |
| Placed in Cell By: | BPD | 12284 | WANT, Michael R | Trans Unit #: C111D |
| Searched By: | BPD | 12284 | WANT, Michael R | |

**Cautions:** Health Risk
**Booking Comments:**
**Visible Injuries:** none

### JUVENILE INFORMATION
**Person Notified:**   **Relationship:**   **Phone:**
**Address:**   **Juv. Prob. Officer:**
**Notified By:**   **Notified Date/Time:**

**Bail Set By:**
**Bailed By:**   I Selected the Bail Comm.
**Amount:**
_Signature of Prisoner_

**BOP Check:** BPD   12283   TARANTINO, James R
**Suicide Check:**
**BOP Warrant:**
**BOP Court:**
_Signature of Duty Supervisor_




**Boston Police Department** — Fingerprint Scratch Pad

Report Date: 03/01/2001 12:43
Printed By: Keefe, Rachel L
Booking #: 01-00140-03  Name: ROSA, Manuel