

# Boston A.S.A.P.
## Certificado de Cumplimiento

Manuel A Rosa

**ha terminado satisfactoriamente**
el programa de educación de manejo bajo la influencia de alcohol
de 40 horas, ordenado por la corte

_____  
Consejero/Terapista

_____  
Director Ejecutivo

_____  
Mary Neilson, MEd CAC  
Director Clínico

04/19/00  
Fecha