**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-10493 GAO**

MANUEL ROSA,
    Plaintiff

v.

CITY OF BOSTON,
    Defendant

**AFFIDAVIT OF MICHAEL CONNOLLY**

I, Michael Connolly, hereby state the following is true to the best of my knowledge and belief.

1.    I am a police officer for the City of Boston Police Department. My current position is a fingerprint technician in the ID unit at the Police Department Headquarters. I have been in this position since April 2001.

2.    Between 1997 and 2001, I occasionally performed the duties of a booking officer at a district station. I have on-the-job training for the booking procedure.

3.    When an individual is arrested, he is brought to the booking desk.

4.    The booking officer is always a different person than the arresting officer.

5.    Information about the arrested individual is stored on an Arrest Booking Form in the computer.

6.    The system for electronic booking began in 1994. Prior to that, the Arrest Booking Form was filled out manually.

7.    At the booking desk, the booking officer asks for the arrested individual's personal information including date of birth, home address, names of parents, and occupation.

8.   The officer will complete the information fields of the Arrest Booking Form for the physical description of the arrested individual.

9.   The officer will also take inventory of everything on the arrested individual's person and document it in the Arrest Booking Form.

10.  The officer will take note on the Arrest Booking Form of any scars, injuries, or birthmarks of the arrested individual.

11.  The officer will take the fingerprints of the arrested individual which are scanned into the computer.

12.  A digital photograph is taken of the arrested individual both a frontal view and a profile view which is integrated in the Arrest Booking Form.

13.  The information is shared and compared with the criminal databases of the Commonwealth and the Federal Government.

14.  The booking officer has the ability to search for previous Arrest Booking Forms within the database.

15.  Each arrested individual has his own criminal record number.

16.  When Arrest Booking Forms are sealed, they are inaccessible to the officer in the database.

17.  Police officers at the ID unit or system administrators may seal Arrest Booking Forms when there is a duplicate booking. Otherwise, in order for the information to be sealed, there must be an order from the Trial Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF JANUARY 2006.

Michael Connolly
Police Officer
City of Boston Police Department