# HAND PRINT

## BOSTON POLICE DEPARTMENT
## ARREST BOOKING SHEET

| # | Field | Value |
|---|---|---|
| 01 | | 52826 |
| 02 | Cell No. | 16 |
| 03 | Booking Number | 06809 |
| 04 | Complaint No. | 31208693 |
| 05 | Central Records No. | F7405 |
| 06 | Date | 3-24-93 |
| 07 | Arrest Time | 800 P |
| 08 | Booking Charges | TRAFFICKING CLASS "A" – POSS W/I CLASS B CONSPIRACY |
| 09 | Location of Arrest | 6 Columbia Terrace Apt #1 |
| 10 | Additional Clearances (CC Numbers) | T.N. SANTIAGO, LUIS A |
| 11 | Name (Last, First, MI) | ROSA, MANUEL (ALIAS) |
| 12 | Address | 6 Columbia Terr Apt #1 |
| 13 | Alias | CABRERA |
| 14 | Sex | M |
| 15 | Race | B/H |
| 16 | Age | 31 |
| 17 | DOB | 2-4-61 |
| 18 | Place of Birth | Santo Domingo |
| 19 | Parents' First Names | Manuel Armando Rosa |
| 20 | Mother's Maiden Name | Hermia Cabrera |
| 21 | Wife's Full Maiden Name | 1/58 |
| 22 | Husband's First Name | |
| 23 | Height | 5'6" |
| 24 | Weight | 165 |
| 25 | Hair | BLK |
| 26 | Eyes | BRN |
| 27 | Build | MED |
| 28 | Complexion | MED |
| 29 | Marital | Unmarr. |
| 30 | Occupation | MECHANIC |
| 31 | Soc. Sec. No. | 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 |
| 32 | Scars, Marks, Other Descriptive Data | GEN – ORANGE HIAMI U. SWEATSHIRT + BLUE JEANS |
| | Op. License No. | SAME |
| 33 | Arrested With #1 | PEDRO SUAREZ |
| 34 | Others | |
| 35 | Arresting Officer | SGT. DET. G. GRIFFITH ET AL |
| 36 | Unit of Arrest Off. | V715-V734 |
| 37 | ID No. | 6681 |
| 38 | Partner's ID | 10398 |
| 39 | Transported By (Unit) | V715 |
| 43 | Searched By | Dominguez |
| 44 | ID No. | 7903 |
| 45 | Placed in Cell By | Dominguez |
| 46 | ID No. | 7903 |
| 47 | Arrest Process | | 
| 48 | Signature | Manuel Rosa |
| 49 | Phone Used | No |
| 50 | Informed of Rights By Signature | Ricardo Dominguez |
| 51 | ID No. | 7903 |
| 52 | Time | 930 P |
| 54 | Property Other: | $48 |
| 58 | Photo No. | 472066 |
| 84 | Court Charges | TRAFFICKING CLASS A |
| | | POSS CLASS B W/I |
| | | Conspiracy to Viol. |
| 87 | Court | DOR CT |
| 88 | Date in Court | 3-25-93 |

Signature of Prisoner: Manuel Rosa

Form 21

IDENTIFICATION SECTION

4-74

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Rosa, Manuel | Street & No. | 6 Columbia | City | | |
| Alias | Cabrera | D.O.B. 2-11-61 | Photo # | | B.R. # F7485 | |
| Color | Hisp | Ht. 5-6 | Eyes Bro | 412-066 | Seg. # SEE D 2826 | |
| Descent | | Wt. 155 | Hair Bro | | F.P.C. 15  17  W II 0  14 | |
| Birthplace | Santo Domingo | | Comp. Med | | 12  T  4  out  12 | |
| Occ. | | | Nose Cave | | | |
| Father | Antonio Rosa | | Build Med | | | |
| Mother | | | Wife | | | |
| Scars, Etc. | | | | | | |

| S.P. # | M.R. # | F.B.I. # | Foreign # |
|---|---|---|---|
| Date of Arrest | Offense | Court | Disposition |
| 3-24-93 C-11 #06809 | Traff cl A w/I | | |

Signature X Manuel Rosa
Residence X 6 Columbia Ter

LEFT   RIGHT
Both thumbs, taken together

AMP.    Date

BPD Form 1470  rev. 9/91



# INCIDENT REPORT

**01. Type of incident:** TRAFFICKING DRUG ARREST CL.A
**02. Complaint No:** 31208693
**05. Case Code:** A40
**07. Date of Occur:** 3-24-23
**09. Dispatch Time:** 800
**10. Time of Occur:** 800

**Location:** 6 Columbia Terrace, Apt 1

**Victim:** Comm. of Mass.
**Phone:** 500-520

**Reporting Officer:** Sgt. Ed Dominguez Jr.
**Address:** 3345 Wash St
**ID:** 343623

**Suspect:** Rosa, Manuel
**Address:** 6 Columbia Terrace
**Sex:** M  **Race:** B/H  **Age:** 31  **Height:** 5'6"  **DOB:** 2/11/61
**Weight:** 155  **Build:** MED  **Hair:** BRN  **Eyes:** BRN
**Clothing:** MUSTACHE - MIAMI-U SWEATSHIRT

### 76. Narrative:

PURSUANT TO A 2DR CT S/W MEMBERS OF THE DCU + SNIU NIGHTS UNDER THE SUPERVISION OF SGT. BIGGERIO MADE A PEACEFULL ENTRY INTO APT#1 AT 6 COLUMBIA TERRACE & SEIZED 76 GLASSINE BAGS, 1 LARGE P/B BELIEVED TO BE HEROIN, 1 SMALL P/B W/POWDER BELIEVED TO BE COCAINE, KEYS, ARRESTED DRUG PARA- PHERNALIA, PERSONAL PAPERS, & CASH. ARRESTED WAS #25, ROSA, MANUEL & ONE PEDRO SUAREZ DOB-1/11/58, OF 6 COLUMBIA TERRACE APT #1 & ONE PEDRO JORGE ... WILL BE SUMMONSED FOR POSS CLASS A. ROSA AND SUAREZ WERE CHARGED W/TRAFF CLASS A CONSPIRACY POSS CLASS B W/I

**77. Area Assigned:** V726
**78. Tour of Duty:** 3
**79. Reporting Officer's Signature:** Eduardo Dominguez Jr.
**80. Reporting Officer's ID:** 728  2691
**Date:** 3-24-93  Time: 3:45

**87. Signature of Supervisor:** 6291