

## Boston Police Department
## Arrest Booking Form

Report Date: 03/18/2004 11:20
Booking Status: Verified
Printed By: HUTCHINSON, Rachel L

District: 11    UCR Code: 2101
Court of Appearance: Dorchester
Master Name: ROSA, Manuel    Age: 38
Location of Arrest: 28 Corona St, Dorchester

Booking Name: ROSA, Manuel
Alias:
Address: 523 Geneva AV #3, Dorchester MA

 

Charges:
Operating Under The Influence Of Alcohol (90-24)

Booking #: 99-00779-11    Incident #: 990840030    CR Number: 001931-97
Booking Date: 03/25/1999 04:31    Arrest Date: 03/25/1999 00:30    RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 5'06 | Occupation: Dish Washer |
| Race: Black Hispanic | Weight: 172 lbs | Employer/School: |
| Date of Birth: 02/11/1961 | Build: Medium | Emp/School Addr: |
| Place of Birth: DOM | Eyes Color: Brown  Blue | Social Sec. Number: 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 |
| Marital Status: Single | Hair Color: Black | Operators License: 011561168 |
| Mother's Name: Rodrigez, Juana | Complexion: Light Brown | State: |
| Father's Name: Rosa, Jose | | |

Phone Used: Yes    Scars/Marks/Tattoos:
Examined at Hospital: No    Clothing Desc: plaited shirt, blue jeans and white sneakers.
Breathalyzer Used: No
Examined by EMS: No

| | | | |
|---|---|---|---|
| Arresting Officer: BPD | 10951 | Coyne, Kevin C | Cell Number: 07 |
| Booking Officer: BPD | 07425 | Bogues, Charles | Partner's #: |
| Informed of Rights: BPD | 07425 | Bogues, Charles | Unit #: H421A |
| Placed in Cell By: BPD | 10951 | Coyne, Kevin C | Trans Unit #: H441A |
| Searched By: BPD | 10951 | Coyne, Kevin C | |

Cautions:    Booking Comments: paper money $26.00 returned to prisoner.    Visible Injuries: none

### JUVENILE INFORMATION
Person Notified:    Relationship:    Phone:
Address:    Juv. Prob. Officer:
Notified By:    Notified Date/Time:

Bail Set By:    I Selected the Bail Comm.
Bailed By:
Amount:    _____
    Signature of Prisoner

BOP Check:
Suicide Check:
BOP Warrant:
BOP Court:    _____
    Signature of Duty Supervisor

# Boston Police Department
## Arrest Booking Form

Report Date 03/02/2001 10:19:50
Booking Status Verified
Printed By Mcdonnell, Alicia

District: 11
Issuing Court:
Docket #:
Court for Appearance: Dorchester
Master Name: ROSA, Manuel
Location Of Arrest: 28 Corona St
Booking Name: ROSA, Manuel
Alias:
Address: 523 Geneva AV #3, Dorchester MA
Charges: Operating Under The Influence Of Alcohol (90-24)

UCR Code: 2101
Age: 38




Booking Number: 99-00779-11
Booking Date: 03/25/1999 04:31
Incident Number: 990840030
Arrest Date: 03/25/1999 00:30
CR Number: 001931-97
RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 5' 6" | Occupation: Dish Washer |
| Race: Black Hispanic | Weight: 172 lbs | Employer/School: |
| Date Of Birth: 02/11/1961 | Build: Medium | Emp/School Addr: |
| Place Of Birth: DOM | Eye Color: Brown | Social Sec. Num: 011561168 |
| Marital Status: Single | Hair Color: Black | Operators License: 011561168 |
| Mother Name: Rodrigez, Juana | Complexion: Light Brown | State: |
| Father Name: Rosa, Jose | | |

Phone Used: Yes
Examined At Hospital: No
Examined By EMS: No
Scars/Marks/Tattoos:
Breathalyzer Used: No
Clothing Desc: plaited shirt, blue jeans and white sneakers.

| | | | | |
|---|---|---|---|---|
| Arresting Officer: | BPD | 10951 | Coyne, Kevin C | Cell Number: 07 |
| Booking Officer: | BPD | 07425 | Bogues, Charles | Arresting Partner ID: |
| Informed Of Rights: | BPD | 07425 | Bogues, Charles | Unit: H421A |
| Placed In Cell By: | BPD | 10951 | Coyne, Kevin C | Transporting Unit: H441A |
| Searched By: | BPD | 10951 | Coyne, Kevin C | |

Cautions:
Booking Comments: paper money $26.00 returned to prisoner.
Visible Injuries: none

### JUVENILE INFORMATION

Person Notified:
Address:
Notified By:
Relationship:
Phone:
Juv. Prob. Officer:
Notified Date/Time:

I Selected the Bail Comm.

Bail Set By:
Bailed By:
Amount:

_Signature Of Prisoner_

BOP Check:
Suicide Check:
BOP Warrant:
BOP Court:

_Signature Of Duty Supervisor_



# Boston Police Department
## Prisoner Disposition Form

Report Date: 03/02/2001 10:20:20
BookingStatus: Verified
Printed By: Mcdonnell, Alicia

**Master Name:** ROSA, Manuel
**Booking Name:** ROSA, Manuel
**Address:** 523 Geneva AV #3, Dorchester MA
**Sex:** Male
**Race:** Black Hispanic
**Date Of Birth:** 02/11/1961
**Height:** 5' 6"
**Weight:** 172 lbs
**Eye Color:** Brown
**Hair Color:** Black
**District:** 11
**Booking Number:** 99-00779-11
**Incident Number:** 990840030
**CR Number:** 001931-97
**Arrest Date:** 03/25/1999 00:30
**Booking Date:** 03/25/1999 04:31
**Charges:** Operating Under The Influence Of Alcohol (90-24)




**Booking Comments:** paper money $26.00 returned to prisoner.

**Visible Injuries:** none

**Handwritten Additional Comments:**

--- **If Prisoner Is Being Transfered** ---

**Transporting Unit:** h202d
**Transporting Officer:** BPD  10169  Pumphret, Kevin
**Transferred Date:** 03/25/1999 07:52
**Receiving Agency:** Dot Ct
**Name Of Receiver:**
**Partner's ID Number:** 11184

*Signature Of Transporting Officer*
*Signature Of Receiving Officer*

--- **If Prisoner Is Being Released** ---

**Released By:**
**Released Date:**

*Signature of Releasing Officer*

--- **Prisoner Personal Data Area** ---

**Money:** 28.01
**Property:** belt,wallet,cigarettes,keys,tape and gold colored chain.
**Cautions:**

*Signature of Prisoner Receiving Property*