

# Boston Police Department
# Arrest Booking Form

**Report Date:** 03/18/2004 11:18
**Booking Status:** Verified
**Printed By:** HUTCHINSON, Rachel L

**District:** 11   **UCR Code:** 0629
**Court of Appearance:** Dorchester District Court
**Master Name:** ROSA, Manuel    **Age:** 40
**Location of Arrest:** 525 Geneva Ave., Dorchester

**Booking Name:** ROSA, Manuel Antonio
**Alias:**
**Address:** 523 Geneva AV #3, Dorchester MA

 

**Charges:**
Larceny $50 TO $250 (266-30)
Larceny of a Motor Vehicle (266-28)

**Booking #:** 01-02599-11    **Incident #:** 010645492    **CR Number:** 001931-97
**Booking Date:** 11/17/2001 14:08    **Arrest Date:** 11/17/2001 02:05    **RA Number:**

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'07 | **Occupation:** Dish Washer |
| **Race:** Black Hispanic | **Weight:** 172  lbs | **Employer/School:** |
| **Date of Birth:** 11/02/1961 | **Build:** Medium | **Emp/School Addr:** |
| **Place of Birth:** DR | **Eyes Color:** Brown   Blue | **Social Sec. Number:** 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 |
| **Marital Status:** Single | **Hair Color:** Black | **Operators License:** 011561168 |
| **Mother's Name:** Rodrigez, Juana | **Complexion:** Light Brown | **State:** |
| **Father's Name:** Rosa, Jose | | |

**Phone Used:** Yes
**Examined at Hospital:** No
**Breathalyzer Used:** No
**Examined by EMS:** No

**Scars/Marks/Tattoos:**
**Clothing Desc:** blue, green and white plaid shirt, yellow t-shirt, red hankerchief, blu jeans, white sneakers

**Arresting Officer:** BPD  11940  Conboy, Daniel
**Booking Officer:** BPD  11518  DAMBREVILLE, Emmanuel C
**Informed of Rights:** BPD  11940  Conboy, Daniel
**Placed in Cell By:** BPD  11940  Conboy, Daniel
**Searched By:** BPD

**Cell Number:** 3
**Partner's #:**
**Unit #:** H422D
**Trans Unit #:** H102D

**Cautions:**    **Booking Comments:**    **Visible Injuries:** none

### JUVENILE INFORMATION

**Person Notified:**    **Relationship:**    **Phone:**
**Address:**    **Juv. Prob. Officer:**
**Notified By:**    **Notified Date/Time:**

**Bail Set By:**    I Selected the Bail Comm.
**Bailed By:**
**Amount:**

_Signature of Prisoner_

| **BOP Check:** | BPD | 11940 | Conboy, Daniel |
|---|---|---|---|
| **Suicide Check:** | | | |
| **BOP Warrant:** | | | |
| **BOP Court:** | | | |

_Signature of Duty Supervisor_



# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL [X]   SUPPLEMENTARY [ ]

| KEY SITUATIONS | | COMPLAINT NO 010644485 | REPORT DIST. C11 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT STOLEN MV | CRIME CODE 0 | STATUS | DATE OF OCCUR. A.11/16/01 | B. |
| LOCATION OF INCIDENT 1456 DORCHESTER AV | | APT.   DISPATCH TIME | TIME OF OCCUR. A.01:00 PM | B. |

| VICTIM-COMP. (LAST, FIRST, MI) ZHU, GUI GUO | PHONE (617)-288-6868 | SEX MALE | RACE ASIAN | MARITAL STATUS |
|---|---|---|---|---|
| ADDRESS 48 NORTH GATE PARK,W NEWTON,MA,02465-1614 | APT. 1 | OCCUPATION RESTAURANT DELIVERY | AGE 36 | D.O.B. |

| PERSON REPORTING BROWN, DWIGHT | ADDRESS 256 GENEVA AV,DORCHESTER,MA, | APT. 2 | PHONE (617)-288-6868 |
|---|---|---|---|

WAS THERE A WITNESS TO THE CRIME   A [ ]YES [X]NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE RES/BUS |
|---|---|---|---|---|---|---|

NUMBER OF PERPETRATORS: 0 ---- CAN SUSPECT BE IDENTIFIED AT THIS TIME   B [ ]YES [X]NO

PERSONS:
| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |

CAN SUSPECT VEHICLE BE DESCRIBED   C [ ]YES [X]NO

VEHICLES:
| STATUS STOLEN | REG. STATE MA | REG. NO. 9094TS | PLATE TYPE PAN | YEAR(EXP) 2003 | MODEL AVENGER |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR DODGE - 1996 | VEHICLE NO. 4B3AU52N6TE257766 | | STYLE COUPE | COLOR(TOP-BOTTOM) BLACK - BLACK | |
| OPERATOR'S NAME ROSA, MANUEL | | LICENSE NO. | STATE NA | OPERATOR'S ADDRESS | |
| OWNERS'S NAME ZHU, GUI GUO | | OWNERS'S ADDRESS 48 NORTH GATE PARK,W NEWTON,MA,02465-1614 | | | |

CAN PROPERTY BE IDENTIFIED   D [ ]YES [X]NO

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O.   E [ ]YES [X]NO

| TYPE OF WEAPON-TOOL N/A | NEIGHBORHOOD PARKING LOT/GARAGE | TYPE OF BUILDING RESTAURANT | PLACE OF ENTRY FRONT DOOR |
|---|---|---|---|
| WEATHER CLEAR | LIGHTING ARTIFICIAL | TRANSPORTATION OF SUSPECT CAR | VICTIM'S ACTIVITY |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)   F [ ]YES [X]NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)   G [X]YES [ ]NO

BLOCK NO. NARRATIVE AND ADDITIONAL INFORMATION
ABOUT 10:10PM ON 11/16/01, DWIGHT BROWN WALKED INTO C-11 TO REPORT THAT ABV M/V WAS STOLEN AT 1PM TODAY FROM 1456 DORCHESTER AV. REFER TO CC# 010644401 OPERATING M/V WO AUTHORITY. STOLEN CAR UNIT NOTIFIED.

| UNIT ASSIGNED HD96 | TOUR OF DUTY 3 | REPORTING OFFICER'S NAME JANET M. WONG | REPORTING OFFICER'S ID 12093 | PARTNER'S ID | FI NO |
|---|---|---|---|---|---|
| DATE OF REPORT 11/16/01 | SPECIAL UNITS NOTIFIED(REPORTING) STOLEN VEHICLE UNIT | | | | TELETYPE NO. |
| TIME COMPLETED 10:15 PM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME JOHN _ BURNS | DUTY. SUP. ID 9343 | |

## BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☒  SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO 010644401 | REPORT DIST. C11 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT LARCENY, UNDER | CRIME CODE 0 | STATUS | DATE OF OCCUR. A.11/16/01 | B. |
| LOCATION OF INCIDENT 1456 B DORCHESTER AV | | APT. | DISPATCH TIME | TIME OF OCCUR. A.01:00 PM | B. |

| VICTIM-COMP. (LAST, FIRST, MI) BROWN, DWIGHT | PHONE (617)-288-6868 | SEX MALE | RACE BLACK NON-HISPANIC | MARITAL STATUS |
|---|---|---|---|---|
| ADDRESS 256 GENEVA AV,DORCHESTER,MA, | APT. 2 | OCCUPATION RESTAURANT MANAGER | AGE 36 | D.O.B. 10/1/1965 |
| PERSON REPORTING BROWN, DWIGHT | ADDRESS 256 GENEVA AV,DORCHESTER,MA, | | APT. 2 | PHONE (617)-288-6868 |

WAS THERE A WITNESS TO THE CRIME — A ☒ YES ☐ NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE |
|---|---|---|---|---|---|---|
| PUN, SIMON | 40 | N/A | | 1456B DORCHESTER AV,DORCHESTER,MA, | | (617)-288-6868 RES / (000)-000-0000 BUS |

NUMBER OF PERPETRATORS: 2 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME — B ☒ YES ☐ NO

**PERSONS**

| STATUS | NAME (LAST, FIRST, MI) ROSA, MANUEL | | S.S. NO. | BOOKING NO. 000000000 | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 525 GENEVA AV,DORCHESTER,MA, | SEX MALE | RACE BLACK HISPANIC | | AGE 40 | HEIGHT 5-09 / DOB |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) SHAVED HEAD; WEARING RED SHORTS, RED HAWAIIAN SHIRT, RED BANDANA ON HEAD | WEIGHT 175 | BUILD STOCKY | HAIR BLACK | | EYES BROWN | |

| STATUS | NAME (LAST, FIRST, MI) RUGGIERIO, SUZANNE | | S.S. NO. | BOOKING NO. 000000000 | PHOTO NO. | ALIAS DEROSA, KAREN |
|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 256 GENEVA AV,DORCHESTER,MA, | SEX FEMALE | RACE WHITE HISPANIC | | AGE 30 | HEIGHT 5-07 / DOB 11/22/1970 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) ALSO STAYS AT 535 GENEVA AV | WEIGHT 175 | BUILD HEAVY | HAIR BLACK | | EYES BROWN | |

CAN SUSPECT VEHICLE BE DESCRIBED — C ☒ YES ☐ NO

**VEHICLES**

| STATUS STOLEN USED IN CRIME | REG. STATE MA | REG. NO. 9094TS | PLATE TYPE PAN | YEAR(EXP) | MODEL AVENGER |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR DODGE - 1996 | VEHICLE NO. | | STYLE COUPE | COLOR(TOP-BOTTOM) BLACK - BLACK | |
| OPERATOR'S NAME ROSA, MANUEL | | | LICENSE NO. UNK | STATE NA | OPERATOR'S ADDRESS 525 GENEVA AV,DORCHESTER,MA, |
| OWNERS'S NAME ZHU, BOBBY | | | OWNER'S ADDRESS 48 N GATE PARK,NEWTON,MA,02465-1614 | | |

CAN PROPERTY BE IDENTIFIED — D ☒ YES ☐ NO

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| STOLEN | MONEY | | - USC | | 100 | |

IS THERE A SIGNIFICANT M.O. — E ☐ YES ☒ NO

**M O**

| TYPE OF WEAPON-TOOL MOTOR VEHICLE | NEIGHBORHOOD COMMERCIAL & RESIDENTIAL | TYPE OF BUILDING RESTAURANT | PLACE OF ENTRY FRONT DOOR |
|---|---|---|---|
| WEATHER CLEAR | LIGHTING ARTIFICIAL | TRANSPORTATION OF SUSPECT CAR | VICTIM'S ACTIVITY AT WORK |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR NARRATIVE | | | RELATIONSHIP TO VICTIM FORMER RESTAURANT EMPLOYEE |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — F ☐ YES ☒ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) — G ☒ YES ☐ NO

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION |
|---|---|
| | ABOUT 9:25PM ON 11/16/01, DWIGHT BROWN WALKED INTO C-11 TO REPORT THAT SUSPECT MANUEL ROSA STOLE THE M/V (MA REG 9094TS) AT 1PM TODAY FROM 1456 DORCHESTER AV. MR BROWN STATES THAT HE IS THE MANAGER AT THE RESTAURANT (EAST COAST CHINESE RESTAURANT) AT ABV ADDRESS AND SUSPECT ROSA IS A FORMER RESTAURANT EMPLOYEE. MR BROWN STATES THAT AT 1PM TODAY, SUSPECT ROSA WALKED INTO THE RESTAURANT, TOOK ABOUT $100USC AND THE CAR KEYS TO ABV M/V, AND REFUSED TO RETURN CAR KEYS/MONEY TO MR BROWN WHEN CONFRONTED IN THE RESTAURANT. MR BROWN STATES THAT THIS IS THE SECOND TIME THAT SUSPECT ROSA HAS TAKEN THE M/V WITHOUT PERMISSION--BUT FIRST TIME REPORTED. MR BROWN STATES THAT SUSPECT SUZANNE RUGGIERO WAS WITH SUSPECT ROSA AT THE TIME OF THE THEFT. |

| UNIT ASSIGNED HD96 | TOUR OF DUTY 3 | REPORTING OFFICER'S NAME JANET M. WONG | REPORTING OFFICER'S ID 12093 | PARTNER'S ID | FI NO |
|---|---|---|---|---|---|
| DATE OF REPORT 11/16/01 | SPECIAL UNITS NOTIFIED(REPORTING) | | | | TELETYPE NO. |
| TIME COMPLETED 09:45 PM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME JOHN _ BURNS | | DUTY. SUP. ID 9343 |

# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL ☐    SUPPLEMENTARY ☒

| KEY SITUATIONS | COMPLAINT NO | REPORT DIST. | CLEARANCE DIST |
|---|---|---|---|
| OTHERS | 010644401 | C11 | |
| **TYPE OF INCIDENT** | **CRIME CODE** | **STATUS** | **DATE OF OCCUR.** |
| LARCENY, MV | 0 | | A.11/16/01  B. 11/17/01 |
| **LOCATION OF INCIDENT** | **APT.** | **DISPATCH TIME** | **TIME OF OCCUR.** |
| 1456 DORCHESTER AV | | | A.01:00 PM  B.01:30 PM |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| ZHU, BOBBY | (000)-000-0000 | MALE | ASIAN | N/A |
| **ADDRESS** | **APT.** | **OCCUPATION** | **AGE** | **D.O.B.** |
| 48 N. GATE PARK,NEWTON,MA,00000-0000 | | BUSINESS OWNER | 0 | |

| PERSON REPORTING | ADDRESS | APT. | PHONE |
|---|---|---|---|
| BROWN, DWIGHT | 256 GENEVA AVE,DORCHESTER,MA,02122-0000 | 02 | (617)-288-6868 |

WAS THERE A WITNESS TO THE CRIME — A ☒ YES ☐ NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE |
|---|---|---|---|---|---|---|
| BROWN, DWIGHT | 0 | | | 256 GENEVA AVE,DORCHESTER,MA,02122-0000 | 02 | (617)-288-6868 RES BUS |

NUMBER OF PERPETRATORS : 2 ---- CAN SUSPECT BE IDENTIFIED AT THIS TIME — B ☒ YES ☐ NO

**PERSONS**

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| | ROSA, MANUEL | 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 | 20010259911 | | |
| **WARRANT NO.** | **ADDRESS** | **SEX** | **RACE** | **AGE** | **HEIGHT** **DOB** |
| | 525 GENEVA AVE,DORCHESTER,MA,02122-0000 | MALE | WHITE HISPANIC | 40 | 5-07  11/2/1961 |
| **SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)** | **WEIGHT** | **BUILD** | **HAIR** | **EYES** | |
| BLU/GRN/WHT PLAID SHIRT, YELLOW T-SHIRT, BLU JEANS, RED HANKERCHIEF | 175 | MUSCULAR | BALD | BROWN | |

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| | RUGGIERO, SUZANNE | 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 | 20010260011 | | |
| **WARRANT NO.** | **ADDRESS** | **SEX** | **RACE** | **AGE** | **HEIGHT** **DOB** |
| | 8 IRWIN AVE,ROXBURY,MA,02119-0000 | FEMALE | WHITE NON-HISPANIC | 30 | 5-07  11/22/1970 |
| **SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)** | **WEIGHT** | **BUILD** | **HAIR** | **EYES** | |
| BLU T-SHIRT, BLU SWEATPANTS, BLK SNEAKERS | 175 | HEAVY | DARK BROWN | BROWN | |

CAN SUSPECT VEHICLE BE DESCRIBED — C ☒ YES ☐ NO

**VEHICLES**

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| RECOVERED | MA | 9094TS | PAN | 403 | AVENGER |
| **VEHICLE MAKE YEAR** | **VEHICLE NO.** | **STYLE** | **COLOR(TOP-BOTTOM)** | | |
| DODGE - 1996 | 4B3AU52N6TE257766 | HATCHBACK | BLACK | | |
| **OPERATOR'S NAME** | | | **LICENSE NO.** | **STATE** | **OPERATOR'S ADDRESS** |
| | | | | | |
| **OWNERS'S NAME** | | | **OWNERS'S ADDRESS** | | |
| ZHU, GUI | | | 48 NORTH GATE PARK,W. NEWTON,MA,00000-0000 | | |

CAN PROPERTY BE IDENTIFIED — D ☐ YES ☒ NO

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| | | | | | | |

IS THERE A SIGNIFICANT M.O. — E ☒ YES ☐ NO

**M.O.**

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| N/A | COMMERCIAL & RESIDENTIAL | N/A | FRONT DOOR |
| **WEATHER** | **LIGHTING** | **TRANSPORTATION OF SUSPECT** | **VICTIM'S ACTIVITY** |
| CLEAR | NATURAL | CAR | UNK |
| **UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR** | | | **RELATIONSHIP TO VICTIM** |
| | | | COWORKER |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — F ☐ YES ☒ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) — G ☒ YES ☐ NO

**BLOCK NO.  NARRATIVE AND ADDITIONAL INFORMATION**

ABOUT 1:21 P.M. ON SATURDAY 11/17/01, P.O. D. CONBOY/H422D RESPONDED TO 1456 DORCHESTER AVE (EAST COAST RESTAURANT) ON R/C A M/V THAT OWNER FOUND AND HAD REPORTED STOLEN THE PREVIOUS DAY. ON ARRIVAL, P.O. SPOKE WITH REST. MANAGER, DWIGHT BROWN, WHO STATED THAT THEY FOUND THE VEHICLE OWNED BY THE BUSINESS WHICH WAS STOLEN BY A FORMER EMPLOYEE, MANUEL ROSA. MR. BROWN STATED THAT HE REPORTED YESTERDAY THAT MR. ROSA ENTERED THE STORE IN THE COMPANY OF SUZANNE RUGGIERO, TOOK $100.00 U.S. CURRENCY AND THE KEYS TO THE M/V, MA. 9094TS. MR. ROSA REFUSED TO RETURN THE MONEY AND THE KEYS UPON DEMAND AND THEN EXITED THE STORE AND LEFT IN THE M/V WITH MS. RUGGIERO. MR BROWN FURTHER STATES THAT THIS IS THE SECOND TIME THAT SUSPECT ROSA HAS TAKEN THE M/V BUT THE FIRST TIME THEY HAVE REPORTED IT STOLEN AND THAT THE OWNER IS TIRED OF IT AND WANTS TO PRESS CHARGES AGAINST THE PAIR. MR. BROWN LOCATED THE VEHICLE IN THE LOT ADJACENT TO THE GROVER CLEVELAND SCHOOL ON CHARLES ST. H422D ALONG WITH H908/HOLLAND AND H102D WENT TO SUSPECT'S ADDRESS AT 525 GENEVA AVE UPON REQUEST OF REST. MGR IN ATTEMPT TO RETRIEVE THE KEYS. P.O.'S FOUND BOTH SUSPECTS IN THIRD FLOOR APT OF THAT

ADDRESS. BOTH SUSPECTS PLACED UNDER ARREST FOR LARCENY UNDER AND LARCENY OF A M/V. MR. BROWN DISCOVERED THE VEHICLE KEYS UNDER THE FRONT SEAT. VEHICLE LEFT IN CUSTODY OF OWNER. BOTH SUSPECTS TRANSPORTED TO AREA C-11 FOR BOOKING. STOLEN LINE NOTIFIED, OWENS

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|
| H422D | 2 | DANIEL T. CONBOY | 11940 | | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | | TELETYPE NO. |
|---|---|---|---|---|---|
| 11/17/01 | STOLEN VEHICLE UNIT | | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY. SUP. ID |
|---|---|---|---|---|
| 04:00 PM | | | TRENT W HOLLAND | 9288 |