P.01

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10493 GAO

Manuel Rosa,
    Plaintiff

v.

City of Boston,
    Defendant

## MOTION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes Manuel Rosa, Plaintiff in the above-entitled action, and hereby asks, pursuant to Fed. R. Civ. P. 7(b) and 6(b) that this Honorable Court enlarge the time for the Plaintiff to respond to the Defendant's Motion For Summary Judgment.

As grounds and reasons therefore, Plaintiff's counsel states that his present trial schedule has not afforded him sufficient time in which to respond to the motion herein. Plaintiff's counsel is respectfully requesting an extension of time <u>not to exceed 60 days from February 14, 2006.</u>

Defense counsel does not object to this motion.

Respectfully submitted,
Manuel Rosa,
by his attorney,

*Arthur L. Kelly*
Arthur L. Kelly
580 Washington Street, Suite 2
Newton, MA 02458
(617) 969-6724
BBO# 545186