## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

### SUCR1993-10469
### Commonwealth v Rosa, Manuel

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 04/01/1993 | **Status** | actv | Active | |
| **Status Date** | 01/18/2001 | **Session** | CM | Indictment | |
| **Return Date** | 4/6/1993 | **Origin** | 1 | Magistrate Ctrm 14-9th Fl. | |
| **Lead Case** | | **Jury Trial** | | **Public View** | Yes |

| | | | | | |
|---|---|---|---|---|---|
| **Trial Deadline** | 04/06/1994 | **Deadline Status** | Deadline active since retur | **Status Date** | 04/08/1993 |
| **Custody Status** | | **Dangerous Weapon** | | **Illegal Substance** | Class A |
| **Prior Record** | Unknown | **Social Risk** | Unknown | | |
| **Arraignment** | 04/06/1993 | **PTC Deadline** | | **Pro Se Defendant** | |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/24/1993 | 094C:032:a | Plea of not guilty | 04/06/1993 |
| | Class A subsntc, distrib/manufac | | | |
| 2 | 03/24/1993 | 094C:032A:a | Plea of not guilty | 04/06/1993 |
| | Class B substnc, distrib/manufac | | | |
| 3 | 03/24/1993 | 094C:040 | Plea of not guilty | 04/06/1993 |
| | Controlled substnc, conspiracy | | | |

### PARTIES

**Defendant**  
Manuel Rosa  
Active 04/02/1993

**Private Counsel 549248**  
Samuel B Goldberg  
99 Summer Street  
Suite 1130  
Boston, MA 02110  
Phone: 617-946-5666  
Fax: 617-439-5556  
Withdrawn 01/18/2001

**Private Counsel 545186**  
Arthur L. Kelly  
580 Washington Street  
Suite 2B  
Newton, MA 02458  
Phone: 617-969-6724  
Fax:  
Active 01/18/2001 Notify

**Plaintiff**  
Commonwealth  
Active 04/02/1993

### ENTRIES

MAS-20001103 Case 1:04-cv-10493-GAO Document 46 Filed 04/12/2006 Page 2 of 3 01/18/2001
williams 11:28 AM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR1993-10469
## Commonwealth v Rosa, Manuel

| Date | Paper | Text |
|---|---|---|
| 04/01/1993 | 1.0 | Indictment returned |
| 04/01/1993 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed Dortch, J. |
| 04/02/1993 | | Warrant on indictment issued (Michael F. Gaffney, Jr. ADA Ext:8707) |
| 04/06/1993 | | Brought into Court on warrant. |
| 04/06/1993 | | Interpreter present. |
| 04/06/1993 | | Appointment of Counsel Goldberg |
| 04/06/1993 | | Deft arraigned before Court |
| 04/06/1993 | | Deft waives reading of indictment |
| 04/06/1993 | | RE offense 1: Plea of not guilty |
| 04/06/1993 | | RE offense 2: Plea of not guilty |
| 04/06/1993 | | RE offense 3: Plea of not guilty |
| 04/06/1993 | | Bail satisfied: $100 cash. Bail transfer from Dorchester District Court #9307CR1841. |
| 04/06/1993 | | Deft notified of right to request drug exam. R. Hannaway,AC/M - M. Gaffney, ADA - E.R.D. - S. Goldberg, attorney |
| 05/05/1993 | | Interpreter present. |
| 05/05/1993 | 3.0 | Pre-trial conference report,filed. Court allows until June l4, l993 to file motions. G.Wilson,AC/M - M. Gaffney, ADA - E.R.D. - S. Goldberg, attorney |
| 05/13/1993 | 4.0 | Deft files motion for expenses: Investigation- |
| 05/13/1993 | 5.0 | Deft files affidavit in support of motion for expenses: Investigation. |
| 05/13/1993 | 6.0 | Deft files motion for expenses: Interpreter- |
| 05/13/1993 | 7.0 | Deft files affidavit in support of motion for expenses: Interpreter. |
| 05/13/1993 | | Not in Court. |
| 05/13/1993 | | Motion (P#4) allowed up to $750.00 |
| 05/13/1993 | | Motion (P#6) allowed up to 5 hours. Wilson, AC/M - R. Powers, ADA - E.R.D. - S. Goldberg, Attorney. |
| 06/14/1993 | 8.0 | Deft files omnibus motion for discovery and other appropriate relief. |
| 06/21/1993 | | Motions to be filed by July 7, l993. G. Wilson,AC/M - M. Gaffney, ADA - E.R.D - S. Goldberg, attorney |
| 08/12/1993 | | Defendant not in Court |
| 08/12/1993 | | Deft defaulted; warrant to issue |
| 08/16/1993 | | Warrant issued (Det. A. O'Connell-DCU) |
| 08/17/1993 | | Filed to locate pending apprehension |
| 08/17/1993 | | Cash bail ordered forfeited on 9/3/93. Wilson, AC/M - E.R.D. |
| 09/03/1993 | | Court orders cash bail forfeited. Wilson, AC/M - R. Powers, ADA - E.R.D. - S. Goldberg, Attorney. |
| 09/28/1993 | | Cash bail forfeited see check no. 1881. |
| 03/11/1997 | | Brought into Court on special mittimus from Dorchester District Court. After hearing, court determines individual brought before the Court may not be the defendant. Court orders individual discharged forthwith. |
| 03/11/1997 | | Continued until 3/19/97 by order of the Court re: idenity. Wilson, AC/M - R. Powers, ADA - N. KIng, Court Reporter - J. Tardif, |

MAS-20001103  Case 1:04-cv-10493-GAO  Document 84  Filed 04/12/2006  Page 3 of 3  01/18/2001
williams                  Commonwealth of Massachusetts                              11:28 AM
                              SUFFOLK SUPERIOR COURT
                                    Case Summary
                                   Criminal Docket

## SUCR1993-10469
## Commonwealth v Rosa, Manuel

| Date | Paper | Text |
|---|---|---|
| | | Attorney. |
| 03/24/1997 | | Court determines that individual before the Court is not the individual named in the indictment. |
| 03/24/1997 | | Default warrant to issue with additional information to be added. (Please note that there have been previous identification problems involving this case. The individual subject of the indictment has used andother person's identifying data. Therefore, please exercise caution when effecting an arrest. Refer to the following. CC no. 31208693 Photo no. 412066. Wilson, AC/M - R. Powers - ADA - D. Roseboom, Court Reporter. |
| 03/24/1997 | | Filed to locate pending apprehension. |
| 01/18/2001 | | Brought into court on warrant, after hearing court determines individual brought before court is not the named defendant in this indictment. |
| 01/18/2001 | | Default removed; warrant recalled |
| 01/18/2001 | | Appointment of Counsel Arthur L Kelly to represent individual arrested in error, not the subject of this indictment. |
| 01/18/2001 | | Deft discharged by order of the court forthwith. Wilson, AC/M - C. Bartoloni, ADA - D. Cercone, Court Reporter - A. Kelly, Attorney. |
| 01/18/2001 | | Warrant canceled on the Warrant Management System January 18, 2001 |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/26/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Pre-Trial | Trial continues over multiple days |
| 05/05/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Pre-Trial | Event held as scheduled |
| | | Continuance by agreement. | |
| 05/13/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Status Review | Defendant did not appear/default |
| | | Defendant excused. | |
| 06/21/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
| | | Continuance by agreement. | |
| 07/14/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
| | | Continuance at request of defendant, also scheduled re: trial date. | |
| 08/12/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
| | | Continuance by agreement. | |
| 08/17/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Misc Matters | Defendant did not appear/default |
| 02/21/2001 | Crim 1 Ctrm 21- 15th Fl. | Conference: Status Review | Event canceled not re-scheduled for |
| | | Continuance by agreement re: identity | |
| 02/21/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | |
| | | Continuance by agreement re: identity | |