# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

## SUCR1993-10469
## Commonwealth v Santiago, Luis A.

| | | | | | | |
|---|---|---|---|---|---|---|
| File Date | 04/01/1993 | Status | actv | | Active | |
| Status Date | 04/11/2001 | Session | CM | | Magistrate Ctrm 14-9th Fl. | |
| | | Origin | 1 | | Indictment | |
| Lead Case | | Jury Trial | | | Public View | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trial Deadline | 04/06/1994 | Deadline Status | | Deadline active since retur | Status Date | 04/08/1993 |
| Custody Status | Norfolk House of Correc | Start Date | | | | |
| Weapon | | Substance | | Class A | Prior Record | Unknown |
| Arraignment | 04/06/1993 | PTC Deadline | | | Pro Se Defendant | No |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/24/1993 | 094C:032:a | Plea of not guilty | 04/06/1993 |
| | Class A subsntc, distrib/manufac | | | |
| 2 | 03/24/1993 | 094C:032A:a | Plea of not guilty | 04/06/1993 |
| | Class B substnc, distrib/manufac | | | |
| 3 | 03/24/1993 | 094C:040 | Plea of not guilty | 04/06/1993 |
| | Controlled substnc, conspiracy | | | |

### PARTIES

**Defendant**
Luis A. Santiago
DOB: 03/11/1958
Gender: Male
Active 04/02/1993

**Private Counsel 549248**
Samuel B Goldberg
99 Summer Street
Suite 1130
Boston, MA 02110
Phone: 617-946-5666
Fax: 617-439-5556
Withdrawn 01/18/2001

**Private Counsel 545186**
Arthur L Kelly
580 Washington Street
Suite 2B
Newton, MA 02458
Phone: 617-969-6724
Fax: 617-969-6321
Withdrawn 04/11/2001

**Private Counsel 346220**
John H Miller Jr
1874 Centre Street
West Roxbury, MA 02132
Phone: 617-327-9800
Active 04/11/2001 Notify

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

## SUCR1993-10469
## Commonwealth v Santiago, Luis A.

**Plaintiff**
Commonwealth
Gender: Unknown
Active 04/02/1993

**District Atty's Office** 563962
Mark A Hallal
Suffolk County District Atty's Office
1 Bulfinch Place
3rd floor
Boston, MA 02114
Phone: 617-619-4000
Fax: 617-619-4009
Active 07/09/2001 Notify

**Police officer**
Keeper of the Records
Boston Police Department
1 Shroeder Place
Boston, MA 02120
Gender: Unknown
Active 02/21/2001

**Probation officer**
Keeper of the Records
Commissioner of Probation
1 Ashburton Pl 4th Floor
Boston, MA 02108
Gender: Unknown
Active 02/21/2001 Notify

**Alias deft name**
Manuel Rosa
Gender: Unknown
Inactive 03/14/2001

**Alias deft name**
Elias Porfirio/ D.O.B 7/19/1977
Inmate #21484
Gender: Unknown
Active 07/23/2001

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 04/01/1993 | 1.0 | Indictment returned |
| 04/01/1993 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed Dortch, J. |
| 04/02/1993 | | Warrant on indictment issued (Michael F. Gaffney, Jr. ADA Ext:8707) |
| 04/06/1993 | | Brought into Court on warrant. |
| 04/06/1993 | | Interpreter present. |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

# SUCR1993-10469
## Commonwealth v Santiago, Luis A.

| Date | Paper | Text |
|---|---|---|
| 04/06/1993 | | Appointment of Counsel Goldberg |
| 04/06/1993 | | Deft arraigned before Court |
| 04/06/1993 | | Deft waives reading of indictment |
| 04/06/1993 | | RE offense 1: Plea of not guilty |
| 04/06/1993 | | RE offense 2: Plea of not guilty |
| 04/06/1993 | | RE offense 3: Plea of not guilty |
| 04/06/1993 | | Bail satisfied: $100 cash. Bail transfer from Dorchester District Court #9307CR1841. |
| 04/06/1993 | | Deft notified of right to request drug exam. R. Hannaway,AC/M - M. Gaffney, ADA - E.R.D. - S. Goldberg, attorney |
| 05/05/1993 | | Interpreter present. |
| 05/05/1993 | 3.0 | Pre-trial conference report,filed. Court allows until June 14, 1993 to file motions. G.Wilson,AC/M - M. Gaffney, ADA - E.R.D. - S. Goldberg, attorney |
| 05/13/1993 | 4.0 | Deft files motion for expenses: Investigation- |
| 05/13/1993 | 5.0 | Deft files affidavit in support of motion for expenses: Investigation. |
| 05/13/1993 | 6.0 | Deft files motion for expenses: Interpreter- |
| 05/13/1993 | 7.0 | Deft files affidavit in support of motion for expenses: Interpreter. |
| 05/13/1993 | | Not in Court. |
| 05/13/1993 | | Motion (P#4) allowed up to $750.00 |
| 05/13/1993 | | Motion (P#6) allowed up to 5 hours. Wilson, AC/M - R. Powers, ADA - E.R.D. - S. Goldberg, Attorney. |
| 06/14/1993 | 8.0 | Deft files omnibus motion for discovery and other appropriate relief. |
| 06/21/1993 | | Motions to be filed by July 7, 1993. G. Wilson,AC/M - M. Gaffney, ADA - E.R.D - S. Goldberg, attorney |
| 08/12/1993 | | Defendant not in Court |
| 08/12/1993 | | Deft defaulted; warrant to issue |
| 08/16/1993 | | Warrant issued (Det. A. O'Connell-DCU) |
| 08/17/1993 | | Filed to locate pending apprehension |
| 08/17/1993 | | Cash bail ordered forfeited on 9/3/93. Wilson, AC/M - E.R.D. |
| 09/03/1993 | | Court orders cash bail forfeited. Wilson, AC/M - R. Powers, ADA - E.R.D. - S. Goldberg, Attorney. |
| 09/28/1993 | | Cash bail forfeited see check no. 1881. |
| 03/11/1997 | | Brought into Court on special mittimus from Dorchester District Court. After hearing, court determines individual brought before the Court may not be the defendant. Court orders individual discharged forthwith. |
| 03/11/1997 | | Continued until 3/19/97 by order of the Court re: idenity. Wilson, AC/M - R. Powers, ADA - N. King, Court Reporter - J. Tardif, Attorney. |
| 03/24/1997 | | Court determines that individual before the Court is not the individual named in the indictment. |
| 03/24/1997 | | Default warrant to issue with additional information to be added. (Please note that there have been previous identification problems involving this case. The individual subject of the indictment has |

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Criminal Docket

## SUCR1993-10469
## Commonwealth v Santiago, Luis A.

| Date | Paper | Text |
|---|---|---|
| | | used andother person's identifying data. Therefore, please exercise caution when effecting an arrest. Refer to the following. CC no. 31208693 Photo no. 412066. Wilson, AC/M - R. Powers - ADA - D. Roseboom, Court Reporter. |
| 03/24/1997 | | Filed to locate pending apprehension. |
| 01/18/2001 | | Brought into court on warrant, after hearing court determines individual brought before court is not the named defendant in this indictment. |
| 01/18/2001 | | Default removed; warrant recalled |
| 01/18/2001 | | Appointment of Counsel Arthur L Kelly to represent individual arrested in error, not the subject of this indictment. |
| 01/18/2001 | | Deft discharged by order of the court forthwith. Wilson, AC/M - C. Bartoloni, ADA - D. Cercone, Court Reporter - A. Kelly, Attorney. |
| 01/18/2001 | | Warrant canceled on the Warrant Management System January 18, 2001 |
| 02/14/2001 | 9.0 | Deft files motion for expungement of BPD records and Mass Board of Probation records. |
| 02/21/2001 | | Comes into Court. Motion (P#9) allowed after hearing as endorsed - Indictment amended to read Comm vs John Doe aka Manuel Rosa. |
| 02/21/2001 | 10.0 | Order re: Commissioner of Probation issued. Ball, J. (notice sent 2/21/01) |
| 02/21/2001 | 11.0 | Order re: Boston Police Department issued. Ball, J. (notice sent 2/21/01) |
| 03/13/2001 | | Defendant not in Court. |
| 03/13/2001 | | Commonwealth files motion to amend indictment. |
| 03/13/2001 | | Motion (P#12) allowed (Gary D. Wilson). The Court orders the the indictment reflect the true name of Luis A. Santiago. The Court further orders that any reference to the name Manuel Rosa be stricken from the indictment, case file, case cover and that probation records indicate the name of Luis A. Santiago. Court orders that the warrant be returned to the WMS under the name of Luis A. Santiago. |
| 03/13/2001 | | Filed to locate pending apprehension |
| 04/09/2001 | | Warrant canceled on the Warrant Management System 3/26/01 |
| 04/11/2001 | | Brought into court. Spanish interpreter present. |
| 04/11/2001 | | Default removed; warrant recalled |
| 04/11/2001 | | Brought forward from filed to locate |
| 04/11/2001 | | Appointment of Counsel John H Miller Jr |
| 04/11/2001 | | Bail set: $500,000.00 Surety or $50,000.00 cash without prejudice. Bail warning read. Mittimus issued. Walsh, AC/M - C. Bartoloni, ADA - R. Romanow, Court Reporter - J. Miller, Attorney. |
| 04/11/2001 | | Warrant canceled on the Warrant Management System April 11, 2001 |
| 09/26/2001 | 12.0 | Defendant not in Court. Pre-trial conference report filed. Wilson, ACM - J. Hickman, ADA - D. Cullinan, Court Reporter - J. Miller, Attorney. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/26/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Pre-Trial | Trial continues over multiple days |

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

### SUCR1993-10469
### Commonwealth v Santiago, Luis A.

| Date | Session | Event | Result |
|---|---|---|---|
| 05/05/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Pre-Trial | Event held as scheduled |
|  |  | Continuance by agreement. |  |
| 05/13/1993 | Crim 1 Ctrm 21- 15th Fl. | Conference: Status Review | Defendant did not appear/default |
|  |  | Defendant excused. |  |
| 06/21/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
|  |  | Continuance by agreement. |  |
| 07/14/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
|  |  | Continuance at request of defendant, also scheduled re: trial date. |  |
| 08/12/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Motion | Trial continues over multiple days |
|  |  | Continuance by agreement. |  |
| 08/17/1993 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Misc Matters | Defendant did not appear/default |
| 02/21/2001 | Crim 1 Ctrm 21- 15th Fl. | Conference: Status Review | Event canceled not re-scheduled for another date |
|  |  | Continuance by agreement re: identity |  |
| 02/21/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement re: identity |  |
| 04/11/2001 | Magistrate Ctrm 14-9th Fl. | Hearing: Misc Matters | Event held as scheduled |
|  |  | Continuance by order of the court re: removal of default and hearing re: bail. Habe issued. |  |
| 05/02/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement |  |
| 06/06/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement re: viability |  |
| 06/21/2001 | Magistrate Ctrm 14-9th Fl. | Hearing: Appt Counsel | Event held as scheduled |
|  |  | Continuance by agreement re: Commonwealth's counsel |  |
| 07/09/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement |  |
| 07/23/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement |  |
| 08/30/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Status Review | Event held as scheduled |
|  |  | Continuance by agreement |  |
| 09/10/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Pre-Trial | Event not held--scheduled for another date |
|  |  | Continuance by agreement |  |
| 09/26/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Pre-Trial | Event held as scheduled |
|  |  | Continuance by agreement |  |
| 10/31/2001 | Magistrate Ctrm 14-9th Fl. | Hearing: Non-eviden-Discovery |  |
|  |  | Motions to be filed by 10/24/01. |  |