UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL ROSA
        Plaintiff(s)

v.                                 CIVIL ACTION NO.   04-10493-GAO

CITY OF BOSTON
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

After oral argument, held on September 25, 2006, the defendant's motion for summary judgment (#11) is GRANTED as to the 1983 claim. As to the state claims, the court dismisses without prejudice, subject to being reinstituted in state court for adjudication.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/25/06                                  By Paul Lyness
                                                            Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)